172 F.3d 795
 79 Fair Empl.Prac.Cas. (BNA) 770,
75 Empl. Prac. Dec. P 45,802,
12 Fla. L. Weekly Fed. C 746
D. Lisa CLOVER, Plaintiff-Appellee,
v.
TOTAL SYSTEM SERVICES, INC., Defendant-Appellant.
 No. 97-9229.
 United States Court of Appeals,
Eleventh Circuit.
 April 15, 1999.
 
 Marcus B. Calhoun, Jr., George C. Boyd, Jr., Columbus, GA, for Defendant-Appellant.
 Howard R. Evans, Robert Dallas, Shaw & Evans, LLC, Atlanta, GA, for Plaintiff-Appellee.
 Appeal from the United States District Court for the Middle District of Georgia (No. 4:96-Cv-5-DF), Duross Fitzpatrick, Judge.
 Before CARNES and HULL, Circuit Judges, and HENDERSON, Senior Circuit Judge.
 
 ORDER:
 
 1
 The opinion in the above-styled case, which is currently published at 157 F.3d 824 (11th Cir.1998), is VACATED, and the case is resubmitted to the court for a decision.